PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-00192-AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE TRIAL CONFIRMATION HEARING AND JURY TRIAL, AND SET CHANGE OF PLEA AND SENTENCING HEARING |
| v. | |
| DANIEL POCHUMENSKY, | |
| Defendant. | DATE: July 19, 2021<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Allison Claire |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a trial confirmation hearing on July 19, 2021 and jury trial on August 16, 2021.

2. Since the status conference, the defendant has agreed to accept a plea offer in lieu of going to trial.

3. By this stipulation, the parties now jointly move to vacate the trial confirmation hearing on July 19, 2021 and jury trial on

August 16, 2021 and set a change of plea and sentencing hearing on July 19, 2021 at 9:00 a.m.

    IT IS SO STIPULATED.

DATED: July 15, 2021        PHILLIP A. TALBERT
                              Acting United States Attorney

                        By: */s/ Alstyn Bennett*
                              ALSTYN BENNETT
                              Assistant U.S. Attorney

                              */s/ Roni Rotholz*
                              RONI ROTHOLZ
                              Counsel for Defendant
                              (*Per 07/15/2021 verbal authorization from Roni Rotholz*)

### [~~PROPOSED~~] FINDINGS AND ORDER

    IT IS SO ORDERED, that the trial confirmation hearing currently set for July 19, 2021, and the jury trial set for August 16, 2021, are vacated and a change of plea and sentencing hearing is set for July 19, 2021 at 9:00 a.m.

    FOUND AND ORDERED this 19th day of July, 2021.

                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE